David Y. Imai, Esq. (State Bar #142822)
Law Offices of David Y. Imai
311 Bonita Drive
Aptos, California 95003
Telephone: (831) 662-1706

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN REYNOLDS, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC, a California Limited Liability Company; DIAMOND PET FOOD PROCESSORS OF RIPON, LLC, a California Limited Liability Company; SCHELL & KAMPETER INC. dba DIAMOND PET FOODS, a Missouri Corporation; DON COLWELL JR., an individual with California citizenship; MARK FERGUSON, and individual with California citizenship, and DOES 1 to 100, inclusive<br><br>Defendants | CASE NO: 2:15-cv-2118 JAM-  AC<br><br>STIPULATION AND ORDER TO EXTEND HEARING DATE ON MOTION TO REMAND<br><br>Date:   March 8, 2016<br>Time:  1:30 p.m.<br>Dept.: 6<br>Judge: Hon. John A. Mendez |

The undersigned parties hereby stipulate and agree as follows:

1. Plaintiff's Motion to Remand Action To State Court is currently on calendar in this action and is set for hearing on March 8, 2016 at 1:30 p.m. in department 6 of this Court.

2. The Motion to Remand was filed and served by Plaintiff on November 9, 2015, and was originally set for hearing on January 11, 2016.

3. Following the assignment of this case to the Hon. John. A. Mendez, on January 8, 2016 the

Stipulation Extend Hearing Mtn. Remand                2:15-cv-2118 JAM

Court re set the hearing on the Motion to Remand to its current date of March 8, 2016, sua sponte. Neither plaintiff, nor any other party, requested the extended hearing date.   This is the first request for a continuance of the hearing on the Motion to Remand by any party in this action.

4.	All briefing on the Motion to Remand has been completed, served and filed with the Court and the parties do not anticipate any further filings on the Motion at this point.

5.	Plaintiff's attorney David Imai and his wife are expecting the birth of their child.   The expected delivery date is March 8, 2016, the same date as the currently set hearing date on the Motion to Remand.

6.	It would be extremely difficult for plaintiff's attorney to appear at the hearing on the Motion to Remand and to also support his wife through the delivery of their child on the same day.

7.	For the reasons stated herein above, the parties agree and stipulate that the hearing on the Motion to Remand be continued to March 22, 2016, at 1:30 p.m. in department 6 of this Court.

**SO STIPULATED:**

DATED:				_____-s_____
					David Y. Imai, Esq.
					Attorney for Plaintiff
					RYAN REYNOLDS, individually and behalf of all others similarly situated

DATED:				_____-s-_____
					Francis J. Ortman, IIIJulie G. Yap
					Geoffrey C. Westbrook
					Attorneys for Defendants
					DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC, DIAMOND PET FOOD PROCESSORS OF RIPON, LLC, AND SCHELL & KAMPETER INC., DON COLWELL, JR. AND MARK FERGUSON

**IT IS SO ORDERED**

DATED:  2/4/2016		/s/ John A. Mendez_____
					HON. JOHN A. MENDEZ
					U. S. District Court Judge